James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Brittnie T. Watkins, Esq., Bar No. 13612
BTW@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:	702.214.2100
Facsimile:	702.214.2101

*Counsel for Paris Las Vegas Operating Company, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>    Defendant. | CASE NO. 2:17-cv-00346<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff TPOV Enterprises 16, LLC ("Plaintiff") and Defendant Paris Las Vegas Operating Company, LLC ("Paris"), hereby stipulate and agree to extend time to respond to the Complaint (ECF No. 1) from March 8, 2017 (under FRCP 12(a), (b)) to March 17, 2017. This is the first stipulation for extension of time to file responses.

1

Additional time is warranted to allow Paris, after recent and anticipated service of the Complaint, to gather facts and prepare responses.

STIPULATED AND AGREED TO:

DATED this 16th day of February, 2017

By: __/s/ Brittnie T. Watkins__
James J. Pisanelli, Esq., Bar No. 4027
Debra L. Spinelli, Esq., Bar No. 9695
Brittnie T. Watkins, Esq., Bar No. 13612
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Defendant Paris Las Vegas Operating Company, LLC*

DATED this 16th day of February, 2017

By: __/s/ Daniel R. McNutt__
Daniel R. McNutt, Bar No. 7815
Matthew C. Wolf, Bar No. 10801
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff TPOV Enterprises 16, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-21-2017

CASE NO. 2:17-cv-00346

2