# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PARIS LAS VEGS OPERATING COMPANY, LLC,<br><br>Defendant. | 2:17-cv-00346-JCM-VCF<br>**ORDER** |

Before the Court is the Emergency Motion to Stay Discovery Pending Resolution of Paris' Motion to Dismiss (ECF No. 13).

IT IS HEREBY ORDERED that any opposition to the Emergency Motion to Stay Discovery Pending Resolution of Paris' Motion to Dismiss (ECF No. 13) must be filed on or before May 1, 2017. Any reply in support of the Emergency Motion to Stay Discovery Pending Resolution of Paris' Motion to Dismiss (ECF No. 13) must be filed on or before May 5, 2017.

IT IS FURTHER ORDERED that a hearing on Emergency Motion to Stay Discovery Pending Resolution of Paris' Motion to Dismiss (ECF No. 13) is scheduled for 11:00 AM, May 10, 2017, in Courtroom 3D.

DATED this 21st day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE