# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, <br><br> Plaintiff, <br><br> vs. <br> PARIS LAS VEGAS OPERATING COMPANY, LLC, <br><br> Defendant. | 2:17-cv-00346-JCM-VCF <br> **ORDER** |

Before the Court is Paris Las Vegas Operating Company, LLC's motion to appear telephonically (ECF No. 19).

Accordingly,

IT IS HEREBY ORDERED that Paris Las Vegas Operating Company, LLC's motion to appear telephonically (ECF No. 19) is GRANTED.

Senior Corporate Counsel of Litigation, Christine Chang, Esq., may appear telephonically at the hearing scheduled for May 10, 2017 at 11:00 AM. The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS SO ORDERED.

DATED this 5th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE