MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

CERTILMAN BALIN ADLER & HYMAN, LLP
Paul Sweeney (*Admitted Pro Hac Vice*)
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Tel. (516) 296-7000 / Fax. (516) 296-7111
psweeney@certilmanbalin.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:17-cv-00346-JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINES**<br><br>**(First Request)** |
| AND ALL RELATED MATTERS | |

Plaintiff/Counterdefendants TPOV Enterprises 16, LLC; TPOV Enterprises, LLC; and Rowen Seibel (collectively, "Plaintiff") and Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC ("Defendant") and Non-Parties Trisha Thompson and Markita Thompson by and through their undersigned counsel of record, hereby stipulate and agree to extend the time to respond to Plaintiff's Motion to Compel Responses to Subpoenas Duces Tecum (ECF No. 69) and to Trisha Thompson and Markita Thompson's Motion to Quash Deposition Subpoenas or for Protective Order (ECF No. 71), filed on December 12, 2018 (collectively, the "Motions"). The deadline to respond to the Motions is currently set for December 26, 2018.

The Parties have agreed that in light of the upcoming holidays additional time is warranted

1

to respond to the respective Motions. Accordingly, the Parties request that the response deadline be extended until January 4, 2019. This is the first stipulation for extension of time to file the responses. This stipulation is made in good faith and not for purposes of delay.

DATED December 19, 2018.

*/s/ Dan McNutt*
Dan McNutt, Esq. (SBN 7815)
Matthew Wolf, Esq. (SBN 10801
MCNUTT LAW FIRM, P.C.
625 S. 8th Street
Las Vegas, Nevada 89101

*Attorneys for TPOV Enterprises 16, LLC, TPOV Enterprises, LLC, and Rowen Seibel*

DATED December 19, 2018

*/s/ M. Magali Mercera*
James Pisanelli, Esq. (SBN 4027)
Debra Spinelli, Esq. (SBN 9695)
M. Magali Mercera, Esq. (SBN 11742)
Brittnie Watkins, Esq. (SBN 13612)
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101

*Attorneys for Paris Las Vegas Operating Company, LLC and Non-Parties Trisha Thompson and Markita Thompson*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/19/18