David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

Daniel J. Brooks, Esq. (*Pro Hac Vice*)
dbrooks@szslaw.com
**SCAROLA ZUBATOV SCHAFFZIN PLLC**
1700 Broadway, 41st Floor
New York, New York 10019
Telephone: (646) 412-3234

*Attorneys for Plaintiff/Counterdefendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> PARIS LAS VEGAS OPERATING COMPANY, LLC, <br><br> Defendant. | Case No. 2:17-CV-00346-JCM-VCF <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON VARIOUS MOTIONS SCHEDULED FOR JANUARY 6, 2020** <br><br> **(First Request)** |

Plaintiff/Counterdefendants TPOV Enterprises 16, LLC, TPOV Enterprises, LLC, and Rowen Siebel, by and through their undersigned counsel, and Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC, by and through its undersigned counsel, hereby stipulate as follows:

WHEREAS, there are various motions pending before the Court, which are scheduled for hearing on January 6, 2020, at 11:00 a.m. (Order, ECF No. 173.)

1

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

WHEREAS, the law firm of Scarola Zubatov Schaffzin PLLC (the "Scarola Firm") has served as lead counsel for Plaintiff/Counterdefendants in this action.

WHEREAS, Mr. Steven C. Bennett, Esq. of the Scarola Firm has been primarily involved with the representation of Plaintiff/Counterdefendants.

WHEREAS, due to the unfortunate news that Mr. Bennett has unexpectedly passed away, the Parties have agreed to continue the January 6, 2020 hearing for a period of thirty (30) days.

Accordingly, the Parties hereby request that the Court reschedule the hearing on a date and time convenient for the Court that is not less than thirty (30) days from January 6, 2020.

Dated this 1st day of January, 2020.                    Dated this 1st day of January, 2020.

PISANELLI BICE PLLC                                      RICE REUTHER SULLIVAN & CARROLL, LLP

By: _____/s/ M. Magali Mercera_____                     By: _____/s/ David A. Carroll_____
    James J. Pisanelli, Esq., Bar No. 4027                  David A. Carroll, Esq.
    Debra L. Spinelli, Esq. Bar No. 9695                    Anthony J. DiRaimondo, Esq.
    M. Magali Mercera, Esq., Bar No. 11742                  Robert E. Opdyke, Esq.
    Brittnie T. Watkins, Esq., Bar No. 13612                3800 Howard Hughes Parkway, Ste. 1200
    400 South 7th Street, Suite 300                         Las Vegas, NV 89169
    Las Vegas, NV 89101
                                                         -and-
*Attorneys for Paris Las Vegas Operating
Company, LLC*                                            Daniel J. Brooks, Esq.
                                                         SCAROLA ZUBATOV SCHAFFZIN PLLC
                                                         1700 Broadway, 41st Floor
                                                         New York, NY 10019

                                                         *Attorneys for TPOV Enterprises 16, LLC,
                                                         TPOV Enterprises, LLC and Rowen Seibel*

## **ORDER**

Having considered the Parties' Stipulation and finding good cause appearing,

IT IS ORDERED THAT the hearing scheduled for January 6, 2020, at 11:00 a.m. (Order, ECF No. 173) is hereby CONTINUED to 2:00 PM, February 10, 2020, in Courtroom 3D.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-2-2020

2