# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> PARIS LAS VEGAS OPERATING COMPANY, LLC, <br><br> Defendant. | 2:17-cv-00346-JCM-VCF <br> **ORDER** |

Before the court are the following motions:

1. Cross-Motion for Sanctions (ECF NO. 159),

2. Motion to Seal (ECF NO. 160).

Accordingly,

IT IS HEREBY ORDERED that a hearing is scheduled for 2:00 PM, February 10, 2020, in courtroom 3D, on the above referenced motions.

DATED this 30th day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE