# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, <br><br> Plaintiff, <br><br> vs. <br> PARIS LAS VEGAS OPERATING COMPANY, LLC, <br><br> Defendant. | 2:17-cv-00346-JCM-VCF <br><br> **ORDER** |

Before the court is TPOV Enterprises, 16, LLC's and Counter-Defendant TPOV Enterprises, LLC's motion to seal. (ECF No. 160). This Court has scheduled a hearing on TPOV's motion to seal, along with several other motions, for Monday, February 10, 2020. (ECF No. 182). TPOV moves the Court for an Order redacting 1) its opposition to Paris Las Vegas Operating Company, LLC's motion for terminating sanctions (ECF No. 158) ("Opposition"); 2) to redact its cross motion for sanctions (ECF No. 159) ("Cross Motion"); and 3) to seal the accompanying Exhibits 1-7 and 10-18 (ECF Nos. 158-1 through 158-7; 158-10 through 158-18; ECF Nos. 159-1 through 159-7; 159-10 through 159-18) ("Exhibits"). (*Id.* at 160). TPOV argues that the redacted information is confidential and non-public information designated confidential and/or highly confidential under the stipulated protective order. (*Id.* at 1-2). TPOV filed its Opposition and Cross Motion in redacted form and with blank Exhibits, but TPOV did not file a sealed version of its Opposition, Cross Motion, or Exhibits. Paris filed an opposition to TPOV's motion to seal. (ECF No. 168). TPOV did not file a reply.

The Court orders that TPOV file sealed versions of its Opposition, Cross Motion, and Exhibits, so that the Court can review the arguments and information that TPOV redacted. Pursuant to Local Rule 10-5(a), "[a]ll papers filed under seal will remain sealed until the court either denies the motion to seal or enters an order unsealing them." TPOV may, alternatively, withdraw the motion to seal and file unredacted and unsealed versions of the Opposition, Cross Motion, and Exhibits.

Accordingly,

IT IS HEREBY ORDERED that plaintiff TPOV file SEALED versions of its Opposition (ECF No. 158), its Cross-Motion (ECF No. 159), and the accompanying Exhibits (ECF Nos. 158-1 through 158-7; 158-10 through 158-18; ECF Nos. 159-1 through 159-7; 159-10 through 159-18).

IT IS FURTHER ORDERED that TPOV may alternatively WITHDRAW the motion to seal and file unredacted and unsealed versions of the Opposition, Cross Motion, and Exhibits.

IT IS FURTHER ORDERED that TPOV has until 9:00 am on Monday, February 10, 2020 to comply with the Order.

DATED this 7th day of February 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE