| | |
|---|---|
| 1 | JOHN R. BAILEY |
| | Nevada Bar No. 0137 |
| 2 | DENNIS L. KENNEDY |
| | Nevada Bar No. 1462 |
| 3 | JOSHUA P. GILMORE |
| | Nevada Bar No. 11576 |
| 4 | PAUL C. WILLIAMS |
| | Nevada Bar No. 12524 |
| 5 | STEPHANIE J. GLANTZ |
| | Nevada Bar No. 14878 |
| 6 | **BAILEY❖KENNEDY** |
| | 8984 Spanish Ridge Avenue |
| 7 | Las Vegas, Nevada 89148-1302 |
| | Telephone: 702.562.8820 |
| 8 | Facsimile: 702.562.8821 |
| | JBailey@BaileyKennedy.com |
| 9 | DKennedy@BaileyKennedy.com |
| | JGilmore@BaileyKennedy.com |
| 10 | PWilliams@BaileyKennedy.com |
| | SGlantz@BaileyKennedy.com |

*Attorneys for Plaintiff/Counterdefendants*
*TPOV Enterprises, LLC, TPOV Enterprises 16, LLC,*
*and Rowen Seibel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware limited liability company, | Case No. 2:17-cv-00346-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR OBJECTION TO REPORT AND RECOMMENDATION AND ORDER [ECF NO. 194]** |
| vs. | |
| PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company, | |
| Defendant. | **(FIRST REQUEST)** |
| PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| vs. | |
| TPOV ENTERPRISES, LLC, a Delaware limited liability company, TPOV ENTERPRISES 16, LLC, a Delaware limited liability company, ROWEN SEIBEL, an individual, | |
| Counterdefendants. | |

Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16"); Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel ("Seibel"); and Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC ("Paris") (collectively, the "Parties") stipulate and agree as follows:

1. On October 15, 2019, Paris filed a Motion for Terminating Sanctions, seeking case-terminating sanctions against TPOV 16, TPOV, and Seibel. (ECF Nos. 152 and 153.)

2. On February 19, 2020, United States Magistrate Judge Cam Ferenbach entered a Report and Recommendation and Order (the "Report and Recommendation"). (ECF No. 194.)

3. In the Report and Recommendation, the Magistrate Judge recommended that Paris' Motion for Terminating Sanctions be granted, in part; specifically, recommending that the Answer filed by TPOV 16, TPOV, and Seibel (ECF No. 40) be stricken as to TPOV only (i.e., not as to TPOV 16 and Seibel). (ECF No. 194, at 13:5-8.)

4. On March 2, 2020, TPOV 16, TPOV, and Seibel filed a motion seeking to replace their counsel with the law firm of Bailey❖Kennedy. (ECF No. 195.) That afternoon, the Court granted TPOV 16, TPOV, and Seibel's application for Bailey❖Kennedy to substitute in as their counsel. (ECF No. 196.)

5. Currently, the deadline to file an objection to the Report and Recommendation is tomorrow, March 4, 2020. *See* LR IB 3-2(a).

6. The deadline to file an objection to the Report and Recommendation shall be extended by seven (7) days to <u>March 11, 2020</u>.

7. Good cause exists to extend the deadline to file an objection to the Report and Recommendation to March 11, 2020. Recently engaged counsel for TPOV 16, TPOV, and Seibel needs sufficient time to acclimate themselves with the matter (including the issues related to the Motion for Terminating Sanctions) in order to submit an objection to the Report and Recommendations, which, from their perspective, is particularly true given that the Magistrate Judge's recommended sanction is a case-terminating sanction as to TPOV.

8. This is the first request to extend time, is made in good faith, and will not impact any other deadlines.

Dated this 3rd day of March, 2020.

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff/Counterdefendants TPOV Enterprises, LLC, TPOV Enterprises 16, LLC, and Rowen Seibel*

Dated this 3rd day of March, 2020.

PISANELLI BICE PLLC

By: /s/ M. Magali Mercera
    JAMES J. PISANELLI
    DEBRA L. SPINELLI
    M. MAGALI MERCERA
    BRITTNIE T. WATKINS
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101
    JJP@pisanellibice.com
    DLK@pisanellibice.com
    MMM@pisanellibice.com
    BTW@pisanellibice.com
*Attorneys for Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 4, 2020

Respectfully submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff/Counterdefendants TPOV Enterprises, LLC, TPOV Enterprises 16, LLC, and Rowen Seibel*