JOHN R. BAILEY
Nevada Bar No. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
PAUL C. WILLIAMS
Nevada Bar No. 12524
STEPHANIE J. GLANTZ
Nevada Bar No. 14878
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
PWilliams@BaileyKennedy.com
SGlantz@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendants*
*TPOV Enterprises, LLC, TPOV Enterprises 16, LLC,*
*and Rowen Seibel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>                    Defendant.<br>_____<br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>                    Counterclaimant,<br><br>          vs.<br><br>TPOV ENTERPRISES, LLC, a Delaware limited liability company, TPOV ENTERPRISES 16, LLC, a Delaware limited liability company, ROWEN SEIBEL, an individual,<br><br>                    Counterdefendants. | Case No.  2:17-cv-00346-JCM-VCF<br><br>**STIPULATION AND ORDER STAYING BRIEFING ON PLAINTIFF/ COUNTERDEFENDANTS' MOTION TO EXTEND DISCOVERY DEADLINES [ECF NO. 224]**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16"); Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel ("Seibel") (collectively, "Seibel and the TPOV Entities"); and Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC ("Paris") (collectively, the "Parties") stipulate and agree as follows:

1.      On May 29, 2020, Seibel and the TPOV Entities filed a Motion to Extend Discovery Deadlines (the "Motion to Extend").  (ECF No. 224.)

2.      Currently, the deadline to file a response to the Motion to Extend is June 12, 2020.

3.      On June 10, 2020, the court in the related lawsuit styled *Seibel v. PHWLV, LLC*, *et al.*, Case No. A-17-751759-B, currently pending before the Eighth Judicial District Court of the State of Nevada (the "State Court Matter"), orally granted, in part, a similar motion to extend certain discovery deadlines in the State Court Matter.

4.      The Parties have agreed that discovery in this matter will proceed simultaneously with discovery conducted in the State Court Matter and thus anticipate filing a stipulation and proposed order to address the discovery deadlines in this matter—which would render the Motion to Extend moot—promptly following entry of an order extending the discovery deadlines in the State Court Matter.

5.      Accordingly, the Parties have agreed that, briefing shall be stayed on the Motion to Extend while the Parties finalize a stipulation and proposed order to address the discovery schedule in this matter in line with the schedule to be entered in the State Court Matter.

6.      Good cause exists to stay briefing on the Motion to Extend as it will be unnecessary for the Court to rule upon the Motion to Extend following entry of a new discovery schedule as agreed by the Parties.  In an effort to conserve judicial resources, the Parties respectfully request that this Court stay briefing on the Motion to Extend.

/ / /

/ / /

/ / /

/ / /

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

7.     This is the first request to stay briefing on the Motion to Extend and is made in good faith and not for the purpose of delay.

Dated this 12th day of June, 2020.

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff/Counterdefendants*
*TPOV Enterprises, LLC, TPOV Enterprises*
*16, LLC, and Rowen Seibel*

Dated this 12th day of June, 2020.

PISANELLI BICE PLLC

By: /s/ M. Magali Mercera
    JAMES J. PISANELLI
    DEBRA L. SPINELLI
    M. MAGALI MERCERA
    BRITTNIE T. WATKINS
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101
    JJP@pisanellibice.com
    DLS@pisanellibice.com
    MMM@pisanellibice.com
    BTW@pisanellibice.com
*Attorneys for Defendant/Counterclaimant*
*Paris Las Vegas Operating Company, LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____
        6-17-2020

Respectfully submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff/Counterdefendants*
*TPOV Enterprises, LLC, TPOV Enterprises 16, LLC,*
*and Rowen Seibel*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820