AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

TPOV ENTERPRISES 16, LLC,

           Plaintiffs,

v.

PARIS LAS VEGAS OPERATING COMPANY, LLC,

           Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-CV-346 JCM (VCF)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered default against third-party defendant TPOV Enterprises LLC as to Paris's counterclaims.

7/20/2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk