1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
3  M. Magali Mercera, Esq., Bar No. 11742
   MMM@pisanellibice.com
4  Brittnie T. Watkins, Esq., Bar No. 13612
   BTW@pisanellibice.com
5  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
6  Las Vegas, Nevada 89101
   Telephone:  702.214.2100
7  Facsimile:   702.214.2101

8  *Attorneys for Paris Las Vegas Operating Company, LLC*

9              **UNITED STATES DISTRICT COURT**

10                **DISTRICT OF NEVADA**

11 | TPOV ENTERPRISES 16, LLC, a Delaware        | CASE NO. 2:17-cv-00346-JCM-VCF
   | Limited Liability Company,
12 |
   |                          Plaintiff,
13 | vs.
   |
14 | PARIS LAS VEGAS OPERATING                   | **STIPULATION AND**
   | COMPANY, LLC, a Nevada limited liability    | **ORDER TO EXTEND DEADLINE TO**
15 | company,                                    | **FILE MOTION FOR ATTORNEYS' FEES**
   |
16 |                          Defendant.
   |
17 | PARIS LAS VEGAS OPERATING
   | COMPANY, LLC, a Nevada limited liability
18 | company,
   |
19 |                          Counterclaimant.
   | vs.
20 |
   | TPOV ENTERPRISES, LLC, a Delaware
21 | Limited Liability Company, TPOV
   | ENTERPRISES 16, LLC, a Delaware Limited
22 | Liability Company, ROWEN SEIBEL, an
   | individual.
23 |
   |                          Counter-defendants.
24 |

25

26     Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16"), Counterdefendant

27 TPOV Enterprises, LLC ("TPOV"), and Counterdefendant Rowen Seibel ("Seibel") (collectively,

28 "Seibel and the TPOV Entities") and Defendant/Counterclaimant Paris Las Vegas Operating

Company, LLC ("Paris") (collectively, the "Parties"), by and through their undersigned counsel of record, stipulate and agree as follows:

1.     On July 17, 2020, this Court adopted Judge Ferenbach's report and recommendation in full, ordered that TPOV's answer was stricken as to TPOV only, and directed the clerk to enter default against TPOV.  (ECF No. 229.)

2.     On July 20, 2020, a default judgment was entered by the clerk.  (ECF No. 230.)

3.     The parties are in discussion surrounding the Court's entrance of a default judgment.

       a.     TPOV believes that the clerk erred by entering a default judgment as opposed to a default because, as noted above, this Court only directed the clerk "to enter default" as to TPOV, which follows the recommendation from Judge Ferenbach pursuant to his February 19, 2020 report and recommendation.  Further, under FRCP 55, obtaining a default judgment entails two steps: First, obtaining a default; and Second, obtaining a default judgment.  *See, e.g.*, *Teller v. Dogge*, No. 2:12-cv-591 JCM (GWF), 2014 U.S. Dist. LEXIS 139632, at *3 (D. Nev. Sept. 30, 2014); *see also Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986) (referencing "the two-step process required by Rule 55" for obtaining a default judgment).

       b.     Paris is analyzing TPOV's request to have the Parties ask this Court to vacate and set aside the default judgment so that the clerk may instead enter a default.

       c.     Each Party reserves all rights with regard to entry of the default judgment.

4.     In the interim, the parties stipulate to extend the time set forth in FRCP 54(d) and LR 54-14 for Paris to file its motion for attorneys' fees and costs to August 10, 2020.[1]

5.     This is the first stipulation for extension of time to file the motion for attorneys' fees and costs and will not impact any other deadlines.

///

///

///

_____

[1]     By entering into this stipulation, TPOV does not concede the propriety of the timing of such motion.

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

6.      This stipulation is made in good faith and not for purposes of delay.

DATED this 3rd day of August 2020.

DATED this 3rd day of August 2020.

PISANELLI BICE PLLC

BAILEY❖KENNEDY

By:    /s/ M. Magali Mercera
James J. Pisanelli, Esq., Bar No. 4027
Debra L. Spinelli, Esq., Bar No. 9695
M. Magali Mercera, Esq., Bar No. 11742
Brittnie T. Watkins, Esq., Bar No. 13612
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

By:    /s/ Joshua P. Gilmore
John R. Bailey, Esq., Bar No. 0137
Dennis L. Kennedy, Esq., Bar No. 1462
Joshua P. Gilmore, Esq., Bar No. 11576
Paul C. Williams, Esq., Bar No. 12524
Stephanie J. Glantz, Esq., Bar No. 14878
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302

*Attorneys for Paris Las Vegas Operating Company, LLC*

*Attorneys for TPOV Enterprises 16, LLC, TPOV Enterprises, LLC and Rowen Seibel*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: August 5, 2020