1  JOHN R. BAILEY
   Nevada Bar No. 0137
2  DENNIS L. KENNEDY
   Nevada Bar No. 1462
3  JOSHUA P. GILMORE
   Nevada Bar No. 11576
4  PAUL C. WILLIAMS
   Nevada Bar No. 12524
5  STEPHANIE J. GLANTZ
   Nevada Bar No. 14878
6  BAILEY✦KENNEDY
   8984 Spanish Ridge Avenue
7  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
8  Facsimile: 702.562.8821
   JBailey@BaileyKennedy.com
9  DKennedy@BaileyKennedy.com
   JGilmore@BaileyKennedy.com
10 PWilliams@BaileyKennedy.com
   SGlantz@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendants*
*TPOV Enterprises, LLC, TPOV Enterprises 16, LLC,*
*and Rowen Seibel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br>          vs.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>                    Defendant.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>                    Counterclaimant,<br>          vs.<br><br>TPOV ENTERPRISES, LLC, a Delaware limited liability company, TPOV ENTERPRISES 16, LLC, a Delaware limited liability company, ROWEN SEIBEL, an individual,<br><br>                    Counterdefendants. | Case No. 2:17-cv-00346-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULES ON:**<br><br>**(1) PARIS LAS VEGAS OPERATING COMPANY, LLC'S MOTION TO AMEND DEFAULT JUDGMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS [ECF NOS. 233, 234];**<br><br>**(2) BILL OF COSTS [ECF NO. 237]; AND**<br><br>**(3) COUNTERDEFENDANT TPOV ENTERPRISES, LLC'S MOTION TO SET ASIDE ENTRY OF DEFAULT JUDGMENT; OR, IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND DEFAULT JUDGMENT [ECF NOS. 239, 240]**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16"); Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel ("Seibel") (collectively, "Seibel and the TPOV Entities"); and Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC ("Paris") (collectively, the "Parties") stipulate and agree as follows:

1. On August 10, 2020, Paris filed a Motion to Amend Default Judgment [ECF No. 233] and Motion for Attorneys' Fees and Costs [ECF No. 234]; currently, TPOV's deadline to respond is August 24, 2020.

2. On August 10, 2020, Paris filed a Bill of Costs [ECF No. 237]; currently, TPOV's deadline to file a motion to tax costs is August 24, 2020.

3. On August 10, 2020, TPOV filed a Motion to Set Aside Entry of Default Judgment [ECF No. 239] or, in the Alternative, Motion to Alter or Amend Default Judgment [ECF No. 240]; currently, Paris's deadline to respond is August 24, 2020.

4. TPOV's deadline to respond to Paris's Motion to Amend Default Judgment [ECF No. 233] and Motion for Attorneys' Fees and Costs [ECF No. 234] shall be extended by nine (9) days, from August 24, 2020, to September 2, 2020.

5. TPOV's deadline to file a motion to tax costs in response to Paris's Bill of Costs [ECF No. 237] shall be extended by nine (9) days, from August 24, 2020, to September 2, 2020.

6. Paris's deadline to respond to TPOV's Motion to Set Aside Entry of Default Judgment [ECF No. 239] or, in the Alternative, Motion to Alter or Amend Default Judgment [ECF No. 240] shall be extended by nine (9) days, from August 24, 2020, to September 2, 2020.

7. Good cause exists to extend the briefing schedules as set forth above to accommodate the schedules of counsel.

/ / /

/ / /

/ / /

/ / /

/ / /

1    8.    This is the first request to extend the briefing schedules set forth above and is made in good faith and not for the purpose of delay.

Dated this 22nd day of August, 2020.

BAILEY✧KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff/Counterdefendants TPOV Enterprises, LLC, TPOV Enterprises 16, LLC, and Rowen Seibel*

Dated this 22nd day of August, 2020.

PISANELLI BICE PLLC

By: /s/ Debra L. Spinelli
    JAMES J. PISANELLI
    DEBRA L. SPINELLI
    M. MAGALI MERCERA
    BRITTNIE T. WATKINS
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101
    JJP@pisanellibice.com
    DLS@pisanellibice.com
    MMM@pisanellibice.com
    BTW@pisanellibice.com
*Attorneys for Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 24, 2020

Respectfully submitted by:

BAILEY✧KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff/Counterdefendants TPOV Enterprises, LLC, TPOV Enterprises 16, LLC, and Rowen Seibel*