JOHN R. BAILEY
Nevada Bar No. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
PAUL C. WILLIAMS
Nevada Bar No. 12524
STEPHANIE J. GLANTZ
Nevada Bar No. 14878
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
PWilliams@BaileyKennedy.com
SGlantz@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendants
TPOV Enterprises, LLC, TPOV Enterprises 16, LLC,
and Rowen Seibel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>Defendant.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br>vs.<br><br>TPOV ENTERPRISES, LLC, a Delaware limited liability company, TPOV ENTERPRISES 16, LLC, a Delaware limited liability company, ROWEN SEIBEL, an individual,<br><br>Counterdefendants. | Case No.  2:17-cv-00346-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULES ON:**<br><br>**(1) PARIS LAS VEGAS OPERATING COMPANY, LLC'S MOTION TO AMEND DEFAULT JUDGMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS [ECF NOS. 233, 234];**<br><br>**(2) BILL OF COSTS [ECF NO. 237]; AND**<br><br>**(3) COUNTERDEFENDANT TPOV ENTERPRISES, LLC'S MOTION TO SET ASIDE ENTRY OF DEFAULT JUDGMENT; OR, IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND DEFAULT JUDGMENT [ECF NOS. 239, 240]**<br><br>**(SECOND REQUEST)** |

Page **1** of **3**

Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16"); Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel ("Seibel") (collectively, "Seibel and the TPOV Entities"); and Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC ("Paris") (collectively, the "Parties") stipulate and agree as follows:

1. On August 10, 2020, Paris filed a Motion to Amend Default Judgment [ECF No. 233] and Motion for Attorneys' Fees and Costs [ECF No. 234]; currently, TPOV's deadline to respond is September 2, 2020 [ECF No. 244].

2. On August 10, 2020, Paris filed a Bill of Costs [ECF No. 237]; currently, TPOV's deadline to file a motion to tax costs is September 2, 2020 [ECF No. 244].

3. On August 10, 2020, TPOV filed a Motion to Set Aside Entry of Default Judgment [ECF No. 239] or, in the Alternative, Motion to Alter or Amend Default Judgment [ECF No. 240]; currently, Paris's deadline to respond is September 2, 2020 [ECF No. 244].

4. TPOV's deadline to respond to Paris's Motion to Amend Default Judgment [ECF No. 233] and Motion for Attorneys' Fees and Costs [ECF No. 234] shall be extended by two (2) days, from September 2, 2020, to September 4, 2020.

5. TPOV's deadline to file a motion to tax costs in response to Paris's Bill of Costs [ECF No. 237] shall be extended by two (2) days, from September 2, 2020, to September 4, 2020.

6. Paris's deadline to respond to TPOV's Motion to Set Aside Entry of Default Judgment [ECF No. 239] or, in the Alternative, Motion to Alter or Amend Default Judgment [ECF No. 240] shall be extended by two (2) days, from September 2, 2020, to September 4, 2020.

7. Good cause exists to extend the briefing schedules as set forth above to accommodate the schedules of counsel.

/ / /

/ / /

/ / /

/ / /

/ / /

8. This is the second request to extend the briefing schedules set forth above [*see* ECF No. 244] and is made in good faith and not for the purpose of delay.

Dated this 1st day of September, 2020.

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff/Counterdefendants TPOV Enterprises, LLC, TPOV Enterprises 16, LLC, and Rowen Seibel*

Dated this 1st day of September, 2020.

PISANELLI BICE PLLC

By: /s/ Debra L. Spinelli
    JAMES J. PISANELLI
    DEBRA L. SPINELLI
    M. MAGALI MERCERA
    BRITTNIE T. WATKINS
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101
    JJP@pisanellibice.com
    DLS@pisanellibice.com
    MMM@pisanellibice.com
    BTW@pisanellibice.com
*Attorneys for Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 1, 2020

Respectfully submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff/Counterdefendants TPOV Enterprises, LLC, TPOV Enterprises 16, LLC, and Rowen Seibel*