JOHN R. BAILEY
Nevada Bar No. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
PAUL C. WILLIAMS
Nevada Bar No. 12524
STEPHANIE J. GLANTZ
Nevada Bar No. 14878
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
PWilliams@BaileyKennedy.com
SGlantz@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendants*
*TPOV Enterprises, LLC, TPOV Enterprises 16, LLC,*
*and Rowen Seibel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br>vs.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>      Defendant.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>      Counterclaimant,<br>vs.<br><br>TPOV ENTERPRISES, LLC, a Delaware limited liability company, TPOV ENTERPRISES 16, LLC, a Delaware limited liability company, ROWEN SEIBEL, an individual,<br><br>      Counterdefendants. | Case No.  2:17-cv-00346-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULES ON:**<br><br>**(1) PARIS LAS VEGAS OPERATING COMPANY, LLC'S MOTION TO AMEND DEFAULT JUDGMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS [ECF NOS. 233, 234]; AND**<br><br>**(2) COUNTERDEFENDANT TPOV ENTERPRISES, LLC'S MOTION TO SET ASIDE ENTRY OF DEFAULT JUDGMENT; OR, IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND DEFAULT JUDGMENT [ECF NOS. 239, 240]**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16"); Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel ("Seibel") (collectively, "Seibel and the TPOV Entities"); and Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC ("Paris") (collectively, the "Parties") stipulate and agree as follows:

1. On August 10, 2020, Paris filed a Motion to Amend Default Judgment [ECF No. 233] and Motion for Attorneys' Fees and Costs [ECF No. 234]. On September 4, 2020, Seibel and the TPOV Entities filed its response [ECF No. 248]. Currently, Paris's deadline to file its reply is September 11, 2020.

2. On August 10, 2020, TPOV filed a Motion to Set Aside Entry of Default Judgment [ECF No. 239] or, in the Alternative, Motion to Alter or Amend Default Judgment [ECF No. 240]. On September 4, 2020, Paris filed its response [ECF No. 247]. Currently, TPOV's deadline to file its reply is September 11, 2020.

3. Paris's deadline to file its reply in support of its Motion to Amend Default Judgment [ECF No. 233] and Motion for Attorneys' Fees and Costs [ECF No. 234] shall be extended by seven (7) days, from September 11, 2020, to September 18, 2020.

4. TPOV's deadline to file its reply in support of its Motion to Set Aside Entry of Default Judgment [ECF No. 239] or, in the Alternative, Motion to Alter or Amend Default Judgment [ECF No. 240] shall be extended by seven (7) days, from September 11, 2020, to September 18, 2020.

5. Good cause exists to extend the briefing schedules as set forth above to accommodate the schedules of counsel.

/ / /
/ / /
/ / /
/ / /
/ / /

6. This is the third request to extend the briefing schedules of the motions set forth above [*see* ECF Nos 244, 246] and is made in good faith and not for the purpose of delay.

Dated this 11th day of September, 2020.	Dated this 11th day of September, 2020.

BAILEY❖KENNEDY	PISANELLI BICE PLLC

By: /s/ Paul C. Williams	By: /s/ Debra L. Spinelli
   JOHN R. BAILEY	   JAMES J. PISANELLI
   DENNIS L. KENNEDY	   DEBRA L. SPINELLI
   JOSHUA P. GILMORE	   M. MAGALI MERCERA
   PAUL C. WILLIAMS	   BRITTNIE T. WATKINS
   STEPHANIE J. GLANTZ	   400 South 7th Street, Suite 300
*Attorneys for Plaintiff/Counterdefendants*	   Las Vegas, Nevada 89101
*TPOV Enterprises, LLC, TPOV Enterprises*	   JJP@pisanellibice.com
*16, LLC, and Rowen Seibel*	   DLS@pisanellibice.com
   MMM@pisanellibice.com
   BTW@pisanellibice.com
*Attorneys for Defendant/Counterclaimant*
*Paris Las Vegas Operating Company, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 11, 2020
_____

Respectfully submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
   JOHN R. BAILEY
   DENNIS L. KENNEDY
   JOSHUA P. GILMORE
   PAUL C. WILLIAMS
   STEPHANIE J. GLANTZ
*Attorneys for Plaintiff/Counterdefendants*
*TPOV Enterprises, LLC, TPOV Enterprises 16, LLC,*
*and Rowen Seibel*