|   |   |
|---|---|
| 1 | JOHN R. BAILEY |
|   | Nevada Bar No. 0137 |
| 2 | DENNIS L. KENNEDY |
|   | Nevada Bar No. 1462 |
| 3 | JOSHUA P. GILMORE |
|   | Nevada Bar No. 11576 |
| 4 | PAUL C. WILLIAMS |
|   | Nevada Bar No. 12524 |
| 5 | STEPHANIE J. GLANTZ |
|   | Nevada Bar No. 14878 |
| 6 | BAILEY❖KENNEDY |
|   | 8984 Spanish Ridge Avenue |
| 7 | Las Vegas, Nevada 89148-1302 |
|   | Telephone:  702.562.8820 |
| 8 | Facsimile:  702.562.8821 |
|   | JBailey@BaileyKennedy.com |
| 9 | DKennedy@BaileyKennedy.com |
|   | JGilmore@BaileyKennedy.com |
| 10 | PWilliams@BaileyKennedy.com |
|   | SGlantz@BaileyKennedy.com |

*Attorneys for Plaintiff/Counterdefendants TPOV Enterprises, LLC; TPOV Enterprises 16, LLC; and Rowen Seibel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| TPOV ENTERPRISES 16, LLC, a Delaware limited liability company, | Case No. 2:17-cv-00346-JCM-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT AND REPLY BRIEFS IN SUPPORT OF THE SAME [ECF NOS. 269-72]** |
| vs. | |
| PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company, | |
| Defendant. | **(FIRST REQUEST)** |
| PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| vs. | |
| TPOV ENTERPRISES, LLC, a Delaware limited liability company, TPOV ENTERPRISES 16, LLC, a Delaware limited liability company, Rowen Seibel, an individual, | |
| Counterdefendants. | |

1	Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV
2	16"); Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel
3	("Seibel") (collectively, "Plaintiff/Counterdefendants"); and Defendant/Counterclaimant Paris Las
4	Vegas Operating Company, LLC ("Paris") (collectively, the "Parties") stipulate and agree as
5	follows:
6	    1.	On March 12, 2021, Plaintiff/Counterdefendants filed a Motion for Summary
7	Judgment on Paris' Counterclaims.  (ECF Nos. 269, 272.)
8	    2.	On March 12, 2021, Paris filed a Motion for Summary Judgment on all of TPOV
9	16's claims and Paris' counterclaims.  (ECF Nos. 270-71.)
10	    3.	Currently, the Parties' deadline to respond to the respective motions for summary
11	judgment is April 9, 2021.  (ECF No. 268, at 15:24-25.)
12	    4.	Further, the Parties' deadline to file reply briefs in support of their respective
13	motions for summary judgment is April 23, 2021.  *See* LR 7-2(b).
14	    5.	The deadline to file responses to motions for summary judgment shall be extended
15	from April 9, 2021, to April 30, 2021.
16	    6.	The deadline to file reply briefs in support of motions for summary judgment shall
17	be extended from April 23, 2021, to May 21, 2021.
18	    7.	Good cause exists to extend the briefing schedules as set forth above to
19	accommodate the schedules of counsel.
20	/ / /
21	/ / /
22	/ / /
23	/ / /
24	/ / /
25	/ / /
26	/ / /
27	/ / /
28	/ / /

8. This extension is sought in good faith and not for purposes of unduly delaying discovery or trial.

| | |
|---|---|
| Dated this 8th day of April, 2021. | Dated this 8th day of April, 2021. |
| BAILEY❖KENNEDY | PISANELLI BICE PLLC |
| By: /s/ Paul C. Williams<br>    JOHN R. BAILEY<br>    DENNIS L. KENNEDY<br>    JOSHUA P. GILMORE<br>    PAUL C. WILLIAMS<br>    STEPHANIE J. GLANTZ<br>*Attorneys for Plaintiff/Counterdefendants TPOV Enterprises, LLC, TPOV Enterprises 16, LLC, and Rowen Seibel* | By: /s/ M. Magali Mercera<br>    JAMES J. PISANELLI<br>    DEBRA L. SPINELLI<br>    M. MAGALI MERCERA<br>    400 South 7th Street, Suite 300<br>    Las Vegas, Nevada 89101<br>    JJP@pisanellibice.com<br>    DLS@pisanellibice.com<br>    MMM@pisanellibice.com<br>*Attorneys for Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 9, 2021

Respectfully submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff/Counterdefendants TPOV Enterprises, LLC, TPOV Enterprises 16, LLC, and Rowen Seibel*