JOHN R. BAILEY
Nevada Bar No. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
PAUL C. WILLIAMS
Nevada Bar No. 12524
STEPHANIE J. GLANTZ
Nevada Bar No. 14878
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
PWilliams@BaileyKennedy.com
SGlantz@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendants
TPOV Enterprises, LLC; TPOV Enterprises 16, LLC;
and Rowen Seibel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>vs.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>          Defendant.<br>_____<br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>          Counterclaimant,<br><br>vs.<br><br>TPOV ENTERPRISES, LLC, a Delaware limited liability company, TPOV ENTERPRISES 16, LLC, a Delaware limited liability company, Rowen Seibel, an individual,<br><br>          Counterdefendants. | Case No. 2:17-cv-00346-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT AND REPLY BRIEFS IN SUPPORT OF THE SAME [ECF NOS. 269-72]**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16"); Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel ("Seibel") (collectively, "Plaintiff/Counterdefendants"); and Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC ("Paris") (collectively, the "Parties") stipulate and agree as follows:

1. On March 12, 2021, Plaintiff/Counterdefendants filed a Motion for Summary Judgment on Paris's Counterclaims. (ECF Nos. 269, 272.)

2. On March 12, 2021, Paris filed a Motion for Summary Judgment on all of TPOV 16's claims and Paris's counterclaims. (ECF Nos. 270-271.)

3. On April 8, 2021, the Parties stipulated to extend the deadline to respond to the respective motions for summary judgment to April 30, 2021, and to file reply briefs in support of their respective motions for summary judgment to May 21, 2021. (ECF No. 291.)

4. On April 9, 2021, this Court entered an Order granting the Parties' Stipulation. (ECF No. 292.)

5. The deadline to file responses to motions for summary judgment shall be extended from April 30, 2021, to May 24, 2021.

6. The deadline to file reply briefs in support of motions for summary judgment shall be extended from May 21, 2021 to June 14, 2021.

7. Good cause exists to extend the briefing schedules as set forth above. Recently, in the case *Seibel v. PHWLV, LLC*, Case No. A-17-751759-B (the "State Court Matter"), currently pending before the Eighth Judicial District Court of the State of Nevada, County of Clark ("State Court"), the State Court granted Paris and its affiliates' Motion to Compel Documents Withheld on the Basis of the Attorney-Client Privilege Pursuant to the Crime-Fraud Exception. The State Court has ordered Paris and its affiliates to prepare Findings of Fact, Conclusions of Law and Order, which have not yet been entered. Pursuant to an agreement between the Parties, discovery propounded in the State Court Matter can be used in this matter and discovery propounded in this matter can be used in the State Court Matter. Without waiver of any rights by the Parties, the current extension will allow the Parties to evaluate the potential effect of the State Court's

forthcoming Findings of Fact, Conclusions of Law and Order (once entered) on this matter and/or the pending motions for summary judgment, if any.

    8.    This extension is sought in good faith and not for purposes of unduly delaying trial.

Dated this 29th day of April, 2021.

BAILEY✦KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff/Counterdefendants TPOV Enterprises, LLC, TPOV Enterprises 16, LLC, and Rowen Seibel*

Dated this 29th day of April, 2021.

PISANELLI BICE PLLC

By: /s/ M. Magali Mercera
    James J. Pisanelli, Esq., Bar No. 4027
    Debra L. Spinelli, Esq., Bar No. 9695
    M. Magali Mercera, Esq., Bar No. 11742
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101
    JJP@pisanellibice.com
    DLS@pisanellibice.com
    MMM@pisanellibice.com
*Attorneys for Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 30, 2021

Respectfully submitted by:

BAILEY✦KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff/Counterdefendants TPOV Enterprises, LLC, TPOV Enterprises 16, LLC, and Rowen Seibel*