1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
3  M. Magali Mercera, Esq., Bar No. 11742
   MMM@pisanellibice.com
4  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
5  Las Vegas, Nevada 89101
   Telephone:  702.214.2100
6
   *Attorneys for Paris Las Vegas*
7  *Operating Company, LLC*

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10 TPOV ENTERPRISES 16, LLC, a Delaware      CASE NO. 2:17-cv-00346-JCM-VCF
   Limited Liability Company,
11
                         Plaintiff,          **STIPULATION AND ORDER**
12 vs.                                       **REGARDING HEARING ON MOTION TO**
                                             **STAY AND TO MODIFY MOTION FOR**
13 PARIS LAS VEGAS OPERATING                 **SUMMARY JUDGMENT SCHEDULE**
   COMPANY, LLC, a Nevada limited liability
14 company,                                  **(FOURTH REQUEST)**

15                       Defendant.

16 PARIS LAS VEGAS OPERATING
   COMPANY, LLC, a Nevada limited liability
17 company,

18                       Counterclaimant.
   vs.
19
   TPOV ENTERPRISES, LLC, a Delaware
20 Limited Liability Company, TPOV
   ENTERPRISES 16, LLC, a Delaware Limited
21 Liability Company, Rowen Siebel, an
   individual.
22
                       Counter-defendants.
23

24

25       Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16");

26 Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel ("Seibel")

27 (collectively, "Seibel and the TPOV Entities"); and Defendant/Counterclaimant Paris Las Vegas

28

                                    1

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

Operating Company, LLC ("Paris") (collectively, the "Parties"), by and through their undersigned counsel of record, stipulate and agree as follows:

1.      On March 12, 2021, Plaintiff/Counterdefendants filed a Motion for Summary Judgment on Paris' Counterclaims. (ECF Nos. 269, 272.)

2.      On March 12, 2021, Paris filed a Motion for Summary Judgment on all of TPOV 16's claims and Paris' counterclaims. (ECF Nos. 270-271.)

3.      Good cause exists to extend the briefing schedule on the motions for summary judgment.  In the case *Seibel v. PHWLV, LLC*, Case No. A-17-751759-B (the "State Court Matter"), currently pending before the Eighth Judicial District Court of the State of Nevada, County of Clark ("State Court"), the State Court granted Paris and its affiliates' Motion to Compel Documents Withheld on the Basis of the Attorney-Client Privilege Pursuant to the Crime-Fraud Exception. (ECF No. 303-1.)

4.      Pursuant to an agreement between the Parties, discovery propounded in the State Court Matter can be used in this matter and discovery propounded in this matter can be used in the State Court Matter. Seibel and the TPOV Entities have indicated they intend to seek review (through a writ petition to the Nevada Supreme Court) of the State Court's ruling and a stay of enforcement of the order, pending the outcome of their writ.

5.      Without waiver of any arguments or rights, the Parties discussed whether the remaining briefing of the summary judgment motions in this matter should be stayed until either Seibel and the TPOV Entities produce the documents ordered compelled by the State Court or until resolution of their anticipated writ.

6.      While the Parties did not reach an agreement as to any potential stay, they agreed to present the issue to this Court for resolution and continue the deadlines to file responses to motions for summary judgment and replies thereto to allow this Court time to consider and rule upon a motion to stay to be filed by Paris. (ECF No. 298.)

7.      On June 11, 2021, Paris filed its Motion to Stay Pending Production of Documents Pursuant to Crime-Fraud Exception (the "Motion to Stay"). (ECF No. 305.)

8.      On June 25, 2021, Seibel and the TPOV Entities filed their Response to the Motion to Stay. (ECF No. 307.)

9.      On July 2, 2021, Paris filed its Reply in Support of the Motion to Stay. (ECF No. 311.)

10.     The Parties have agreed and respectfully request that, if the Court intends to entertain oral argument on the Motion to Stay, that the Court set a hearing on or before August 23, 2021, or as soon thereafter as this Court's schedule permits.

11.     Additionally, the Parties have agreed to extend the deadline to respond to motions for summary judgment. This is the fourth request to modify the deadline to respond to motions for summary judgment.

12.     On April 8, 2021, the Parties stipulated to extend the deadline to respond to the respective motions for summary judgment to April 30, 2021, and to extend the deadline to file reply briefs in support of their respective motions for summary judgment to May 21, 2021.  (ECF No. 291.)

13.     On April 9, 2021, this Court entered an Order granting the Parties' Stipulation.  (ECF No. 292.)

14.     On April 29, 2021, the Parties stipulated to extend the deadline to respond to the respective motions for summary judgment to May 24, 2021, and to extend the deadline to file reply briefs in support of their respective motions for summary judgment to June 14, 2021.  (ECF No. 293.)

15.     On April 30, 2021, this Court entered an Order granting the Parties' Stipulation.  (ECF No. 294.)

16.     On May 25, 2021, the Parties stipulated to extend the deadline to respond to the respective motions for summary judgment to July 28, 2021, and to extend the deadline to file reply briefs in support of their respective motions for summary judgment to August 18, 2021.  (ECF No. 297.)

17.     On May 28, 2021, this Court entered an Order granting the Parties' Stipulation. (ECF No. 298.)

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

1    18.    Unless this Court orders otherwise (*e.g.*, by granting the Motion to Stay), the Parties

2  have agreed that the deadline to file responses to motions for summary judgment shall be extended

3  from July 28, 2021, to September 10, 2021, and the deadline for filing reply briefs in support of the

4  motions for summary judgment shall be extended from September 24, 2021, to October 1, 2021.

5    19.    This Stipulation and Order is made in good faith, with good cause, and not for

6  purposes of unduly delaying trial.

7  DATED this 27th day of July 2021.            DATED this 27th day of July 2021.

8  PISANELLI BICE PLLC                          BAILEY KENNEDY

9  By:    /s/ M. Magali Mercera                 By:    /s/ Paul C. Williams
     James J. Pisanelli, Esq., Bar No. 4027        John R. Bailey, Esq., Bar No. 0137
10   Debra L. Spinelli, Esq., Bar No. 9695         Dennis L. Kennedy, Esq., Bar No. 1462
     M. Magali Mercera, Esq., Bar No. 11742        Joshua P. Gilmore, Esq., Bar No. 11576
11   400 South 7th Street, Suite 300               Paul C. Williams, Esq., Bar No. 12524
     Las Vegas, Nevada 89101                       Stephanie J. Glantz, Esq., Bar No. 14878
12                                                 8984 Spanish Ridge Avenue
   *Attorneys for Paris Las Vegas Operating*       Las Vegas, NV  89148-1302
13 *Company, LLC*

14                                              *Attorneys for TPOV Enterprises 16, LLC,*
                                                *TPOV Enterprises, LLC and Rowen Seibel*

15

16

17                                    **ORDER**

18       IT IS SO ORDERED.

19                                    _____
                                      UNITED STATES DISTRICT JUDGE
20
                                      DATED:    July 28, 2021
21                                             _____

22

23

24

25

26

27

28