1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
3  M. Magali Mercera, Esq., Bar No. 11742
   MMM@pisanellibice.com
4  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
5  Las Vegas, Nevada 89101
   Telephone:  702.214.2100
6
7  *Attorneys for Paris Las Vegas*
   *Operating Company, LLC*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10  TPOV ENTERPRISES 16, LLC, a Delaware        CASE NO. 2:17-cv-00346-JCM-VCF
    Limited Liability Company,
11
                          Plaintiff,            **STIPULATION AND PROPOSED ORDER**
12                                              **EXTENDING DEADLINE TO RESPOND**
    vs.                                         **TO PLAINTIFF/COUNTERDEFENDANT**
13                                              **TPOV ENTERPRISES 16, LLC'S MOTION**
    PARIS LAS VEGAS OPERATING                   **TO COMPEL UPDATED FINANCIAL**
14  COMPANY, LLC, a Nevada limited liability    **DATA AND TO FILE REPLY IN**
    company,                                    **SUPPORT THEREOF**
15
                          Defendant.            **(SECOND REQUEST)**
16

17  ─────────────────────────────────────
    PARIS LAS VEGAS OPERATING
18  COMPANY, LLC, a Nevada limited liability
    company,
19
                          Counterclaimant.
20  vs.

21  TPOV ENTERPRISES, LLC, a Delaware
    Limited Liability Company, TPOV
22  ENTERPRISES 16, LLC, a Delaware Limited
    Liability Company, Rowen Siebel, an
23  individual.

24                        Counter-defendants.

25

26        Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16");

27  Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Siebel ("Seibel")

28  (collectively, "Seibel and the TPOV Entities"); and Defendant/Counterclaimant Paris Las Vegas

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

Operating Company, LLC ("Paris") (collectively, the "Parties"), by and through their undersigned counsel of record, stipulate and agree as follows:

1.  On July 16, 2021, TPOV 16 filed a Motion to Compel Updated Financial Data (the "Motion to Compel"). (ECF No. 313.)

2.  On July 30, 2021, the Parties filed a Stipulation and Proposed Order Extending Deadline to Respond to Plaintiff/Counterdefendant TPOV Enterprises 16, LLC's Motion to Compel Updated Financial Data (First Request). (ECF No. 319.)

3.  On August 2, 2021, the Court granted the Parties' Stipulation and Proposed Order Extending Deadline to Respond to Plaintiff/Counterdefendant TPOV Enterprises 16, LLC's Motion To Compel Updated Financial Data (First Request). (ECF No. 320.)

4.  Currently, the deadline to file a response to the Motion to Compel is August 6, 2021.

5.  The Parties have agreed and respectfully request that the deadline to file a response to the Motion to Compel be extended by seven (7) days to August 13, 2021, to allow Paris additional time to finalize the response to the Motion to Compel.

6.  Additionally, the Parties have agreed that Seibel and the TPOV Entities shall have an additional seven (7) days, until August 27, 2021, to file a reply in support of the Motion to Compel.

7.  Additionally, on June 11, 2021, Paris filed its Motion to Stay Pending Production of Documents Pursuant to Crime-Fraud Exception (the "Motion to Stay"). (ECF No. 305.) In the event that the Motion to Stay is granted, in whole or in part, before this Court rules on the Motion to Compel, the Parties have agreed, without waiving any rights or arguments, that the pending Motion to Compel should be permitted to proceed.

/ / /

8. This is the second request to extend time, is made in good faith, with good cause, and will not impact any other deadlines.

DATED this 6th day of August 2021.

PISANELLI BICE PLLC

By:   /s/ M. Magali Mercera
    James J. Pisanelli, Esq., Bar No. 4027
    Debra L. Spinelli, Esq., Bar No. 9695
    M. Magali Mercera, Esq., Bar No. 11742
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Paris Las Vegas Operating Company, LLC*

DATED this 6th day of August 2021.

BAILEY KENNEDY

By:   /s/ Paul C. Williams
    John R. Bailey, Esq., Bar No. 0137
    Dennis L. Kennedy, Esq., Bar No. 1462
    Joshua P. Gilmore, Esq., Bar No. 11576
    Paul C. Williams, Esq., Bar No. 12524
    Stephanie J. Glantz, Esq., Bar No. 14878
    8984 Spanish Ridge Avenue
    Las Vegas, NV  89148-1302

*Attorneys for TPOV Enterprises 16, LLC, TPOV Enterprises, LLC and Rowen Seibel*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:   August 13, 2021

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

3