JOHN R. BAILEY
Nevada Bar No. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
PWilliams@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendants*
*TPOV Enterprises, LLC; TPOV Enterprises 16, LLC;*
*and Rowen Seibel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware limited liability company,<br><br>                        Plaintiff,<br>vs.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>                        Defendant.<br>_____<br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>                        Counterclaimant,<br>vs.<br><br>TPOV ENTERPRISES, LLC, a Delaware limited liability company, TPOV ENTERPRISES 16, LLC, a Delaware limited liability company, Rowen Seibel, an individual,<br><br>                        Counterdefendants. | Case No.  2:17-cv-00346-JCM-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

/ / /

/ / /

Page **1** of **3**

1   Pursuant to LR IA 11-6, Plaintiffs/Counterdefendants TPOV Enterprises, LLC; TPOV
2   Enterprises 16, LLC; and Rowen Seibel, by and through their counsel, the law firm of
3   Bailey❖Kennedy, hereby move this Court for an order removing attorney Stephanie J. Glantz, Esq.
4   from all service lists, including the court's electronic notification list, in the above-captioned case.
5   Ms. Glantz is no longer employed by Bailey❖Kennedy; accordingly, electronic notices of
6   filings in this case should no longer be directed to her. Plaintiffs/Counterdefendants TPOV
7   Enterprises, LLC; TPOV Enterprises 16, LLC; and Rowen Seibel will continue to be represented in
8   this case by John R. Bailey, Esq.; Dennis L. Kennedy, Esq.; Joshua P. Gilmore, Esq.; and Paul C.
9   Williams, Esq. of Bailey❖Kennedy.
10  DATED this 31st day of August, 2021.

BAILEY❖KENNEDY

By: /s/ Joshua P. Gilmore
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    *Attorneys for Plaintiff/Counterdefendants*
    *TPOV Enterprises, LLC; TPOV Enterprises 16, LLC;*
    *and Rowen Seibel*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED ___9-1-2021_____

# **CERTIFICATE OF SERVICE**

I certify that I am an employee of BAILEY❖KENNEDY and that on the 31st day of August, 2021, service of the foregoing was made by mandatory electronic service through the United States District Court's electronic filing system, by email, and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| JAMES J. PISANELLI<br>DEBRA L. SPINELLI<br>M. MAGALI MERCERA<br>**PISANELLI BICE PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, NV  89101 | Email:  JJP@pisanellibice.com<br>DLS@pisanellibice.com<br>MMM@pisanellibice.com<br><br>*Attorneys for Defendant/<br>Counterclaimant Paris Las Vegas<br>Operating Company, LLC* |

                                                                    /s/ Susan Russo
                                            Employee of BAILEY❖KENNEDY