James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

*Attorneys for Paris Las Vegas
Operating Company, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware Limited Liability Company,<br><br>                    Plaintiff,<br>vs.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>                    Defendant. | CASE NO. 2:17-cv-00346-JCM-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR PROTECTIVE ORDER**<br><br>**(FIRST REQUEST)** |
| PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>                    Counterclaimant.<br>vs.<br><br>TPOV ENTERPRISES, LLC, a Delaware Limited Liability Company, TPOV ENTERPRISES 16, LLC, a Delaware Limited Liability Company, Rowen Siebel, an individual.<br><br>                    Counter-defendants. | |

Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16"); Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel ("Seibel") (collectively, "Seibel and the TPOV Entities"); and Defendant/Counterclaimant Paris Las Vegas

1

1  Operating Company, LLC ("Paris") (collectively, the "Parties"), by and through their undersigned
2  counsel of record, stipulate and agree as follows:
3     1.   On July 16, 2021, TPOV 16 filed a Motion to Compel Updated Financial Data (the
4  "Motion to Compel"). (ECF No. 313.)
5     2.   On August 13, 2021, Paris filed its Opposition to the Motion to Compel (ECF No.
6  322) and a Countermotion for Protective Order (the "Countermotion") (ECF No. 323).
7     3.   On August 27, 2021, TPOV 16 filed its Reply in Support of the Motion to Compel
8  (ECF No. 332) and its Response to the Countermotion (ECF No. 333).
9     4.   Currently, the deadline to file a Reply in support of the Countermotion is September
10 3, 2021.
11    5.   The Parties have agreed and respectfully request that the deadline to file a Reply in
12 Support of the Countermotion be extended by seven (7) days to September 10, 2021, to allow Paris
13 additional time to finalize the Reply.
14    6.   This is the first request to extend time, is made in good faith, with good cause, and
15 will not impact any other deadlines.

DATED this 3rd day of September 2021.    DATED this 3rd day of September 2021.

PISANELLI BICE PLLC                       BAILEY KENNEDY

By:  /s/ M. Magali Mercera                By:  /s/ Joshua P. Gilmore
   James J. Pisanelli, Esq., Bar No. 4027    John R. Bailey, Esq., Bar No. 0137
   Debra L. Spinelli, Esq., Bar No. 9695     Dennis L. Kennedy, Esq., Bar No. 1462
   M. Magali Mercera, Esq., Bar No. 11742    Joshua P. Gilmore, Esq., Bar No. 11576
   400 South 7th Street, Suite 300           Paul C. Williams, Esq., Bar No. 12524
   Las Vegas, Nevada 89101                   8984 Spanish Ridge Avenue
                                             Las Vegas, NV  89148-1302
*Attorneys for Paris Las Vegas Operating
Company, LLC*                             *Attorneys for TPOV Enterprises 16, LLC,
                                          TPOV Enterprises, LLC and Rowen Seibe*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED:  9-7-2021