James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

*Attorneys for Paris Las Vegas
Operating Company, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>Defendant.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>Counterclaimant.<br><br>vs.<br><br>TPOV ENTERPRISES, LLC, a Delaware Limited Liability Company, TPOV ENTERPRISES 16, LLC, a Delaware Limited Liability Company, Rowen Siebel, an individual.<br><br>Counter-defendants. | CASE NO. 2:17-cv-00346-JCM-VCF<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR PROTECTIVE ORDER**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16"); Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel ("Seibel") (collectively, "Seibel and the TPOV Entities"); and Defendant/Counterclaimant Paris Las Vegas

1

1  Operating Company, LLC ("Paris") (collectively, the "Parties"), by and through their undersigned
2  counsel of record, stipulate and agree as follows:
3      1.    On July 16, 2021, TPOV 16 filed a Motion to Compel Updated Financial Data (the
4  "Motion to Compel"). (ECF No. 313.)
5      2.    On August 13, 2021, Paris filed its Opposition to the Motion to Compel (ECF No.
6  322) and a Countermotion for Protective Order (the "Countermotion") (ECF No. 323).
7      3.    On August 27, 2021, TPOV 16 filed its Reply in Support of the Motion to Compel
8  (ECF No. 332) and its Response to the Countermotion (ECF No. 333).
9      4.    On September 3, 2021, the Parties filed a Stipulation and Proposed Order Extending
10 Deadline to File Reply in Support of Countermotion for Protective Order (First Request). (ECF No.
11 336.)
12     5.    On September 7, 2021, the Court granted the Parties' Stipulation and Proposed Order
13 Extending Deadline to File Reply in Support of Countermotion for Protective Order (First Request).
14 (ECF No. 337.)
15     6.    Currently, the deadline to file a Reply in support of the Countermotion is
16 September 10, 2021.
17     7.    The Parties have agreed and respectfully request that the deadline to file a Reply in
18 Support of the Countermotion be extended by seven (7) days to September 17, 2021, to allow Paris
19 additional time to finalize the Reply.
20 / / /

8. This is the second request to extend time, is made in good faith, with good cause, and will not impact any other deadlines.

DATED this 10th day of September 2021.

PISANELLI BICE PLLC

By: /s/ M. Magali Mercera
    James J. Pisanelli, Esq., Bar No. 4027
    Debra L. Spinelli, Esq., Bar No. 9695
    M. Magali Mercera, Esq., Bar No. 11742
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Paris Las Vegas Operating Company, LLC*

DATED this 10th day of September 2021.

BAILEY KENNEDY

By: /s/ Joshua P. Gilmore
    John R. Bailey, Esq., Bar No. 0137
    Dennis L. Kennedy, Esq., Bar No. 1462
    Joshua P. Gilmore, Esq., Bar No. 11576
    Paul C. Williams, Esq., Bar No. 12524
    8984 Spanish Ridge Avenue
    Las Vegas, NV 89148-1302

*Attorneys for TPOV Enterprises 16, LLC, TPOV Enterprises, LLC and Rowen Seibel*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-13-2021