James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

*Attorneys for Paris Las Vegas Operating Company, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware Limited Liability Company,<br><br>                    Plaintiff,<br><br>vs.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>                    Defendant.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>                    Counterclaimant.<br><br>vs.<br><br>TPOV ENTERPRISES, LLC, a Delaware Limited Liability Company, TPOV ENTERPRISES 16, LLC, a Delaware Limited Liability Company, Rowen Siebel, an individual.<br><br>                    Counter-defendants. | CASE NO. 2:17-cv-00346-JCM-VCF<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE HEARING ON VARIOUS MOTIONS SCHEDULED FOR SEPTEMBER 30, 2021**<br><br>**(FIRST REQUEST)** |

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16"); Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel ("Seibel") (collectively, "Seibel and the TPOV Entities"); and Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC ("Paris") (collectively, the "Parties"), by and through their undersigned counsel of record, stipulate and agree as follows:

1. On September 20, 2021, the Court issued a Minute Order (ECF No. 343) setting the following motions (collectively, the "Motions") for hearing on September 30, 2021, at 1:00 p.m.:

    a. TPOV16's Motion to Compel Updated Financial Data (ECF No. 313);

    b. Plaintiff/Counterdefendants' Motion to Seal Exhibits 10 and 11 to Their Motion to Compel Updated Financial Data (ECF No. 315);

    c. Paris' Countermotion for Protective Order (ECF No. 323);

    d. Paris' Motion to Redact its Opposition to Plaintiff/Counterdefendant TPOV Enterprises 16, LLC's Motion to Compel Updated Financial Data; Countermotion for Protective Order and Seal Exhibits 1, 3, And 5 of the Appendix (ECF No. 325), Motion to Compel Updated Financial Data; Countermotion for Protective Order (ECF No. 327); and

    e. Paris' Motion to Redact its Reply in Support Of Countermotion For Protective Order (ECF No. 341).

2. Due to scheduling conflicts for Paris, the Parties have agreed to continue the hearing on the Motions to October 12, 2021, at 1:00 p.m., or as soon thereafter as the Court's schedule permits.

3. Accordingly, the Parties respectfully request that the Court reschedule the hearing at a date and time convenient for the Court on or after October 12, 2021.

1      4.      This is the first request to continue the hearing on the Motions, is made in good faith, with good cause, and will not impact any other deadlines.

DATED this 24th day of September, 2021.                    DATED this 24th day of September, 2021.

PISANELLI BICE PLLC                                         BAILEY KENNEDY

By:   */s/ M. Magali Mercera*                               By:   */s/ Joshua P. Gilmore*
    James J. Pisanelli, Esq., Bar No. 4027                 John R. Bailey, Esq., Bar No. 0137
    Debra L. Spinelli, Esq., Bar No. 9695                  Dennis L. Kennedy, Esq., Bar No. 1462
    M. Magali Mercera, Esq., Bar No. 11742                 Joshua P. Gilmore, Esq., Bar No. 11576
    400 South 7th Street, Suite 300                        Paul C. Williams, Esq., Bar No. 12524
    Las Vegas, Nevada 89101                                8984 Spanish Ridge Avenue
                                                            Las Vegas, NV  89148-1302

*Attorneys for Paris Las Vegas Operating Company, LLC*

*Attorneys for TPOV Enterprises 16, LLC, TPOV Enterprises, LLC and Rowen Seibel*

## **ORDER**

Having considered the Parties' Stipulation and finding good cause appearing,

IT IS ORDERED THAT the hearing scheduled for September 30, 2021, at 1:00 p.m. (Order, ECF No. 343) is hereby CONTINUED to __October 12, 2021 at 1:00 PM__.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-27-2021 _____

CASE NO. 2:17-cv-00346-JCM-VCF

3