JOHN R. BAILEY
Nevada Bar No. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
PWilliams@BaileyKennedy.com

*Attorneys for Plaintiff/Counterdefendants
TPOV Enterprises, LLC; TPOV Enterprises 16, LLC;
and Rowen Seibel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br>vs.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>                    Defendant.<br>_____<br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>                    Counterclaimant,<br>vs.<br><br>TPOV ENTERPRISES, LLC, a Delaware limited liability company, TPOV ENTERPRISES 16, LLC, a Delaware limited liability company, Rowen Seibel, an individual,<br><br>                    Counterdefendants. | Case No.  2:17-cv-00346-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A RESPONSE TO PARIS LAS VEGAS OPERATING COMPANY, LLC'S MOTION TO LIFT STAY [ECF NO. 357]**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16"); Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel

("Seibel") (collectively, the "TPOV Parties"); and Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC ("Paris"), by and through their respective counsel of record, stipulate and agree as follows:

1. On February 22, 2024, Paris filed a Motion to Lift Stay [ECF No. 357] (the "Motion");

2. The TPOV Parties presently have until March 7, 2024 to respond to the Motion;

3. In order to accommodate scheduling conflicts for the TPOV Parties' counsel, the deadline for the TPOV Parties to respond to the Motion shall be extended to March 21, 2024;

4. Good cause exists to extend the deadline for the Response to the Motion as set forth above; and

5. This is the first request for extending the deadline for the Response to the Motion and is sought in good faith and not for purposes of delay.

Dated this 7th day of March, 2024.

BAILEY❖KENNEDY

By: /s/ Joshua P. Gilmore
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
*Attorneys for Plaintiff/Counterdefendants TPOV Enterprises, LLC, TPOV Enterprises 16, LLC, and Rowen Seibel*

Dated this 7th day of March, 2024.

PISANELLI BICE PLLC

By: /s/ M. Magali Mercera
    JAMES J. PISANELLI
    DEBRA L. SPINELLI
    M. MAGALI MERCERA
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101
    JJP@pisanellibice.com
    DLS@pisanellibice.com
    MMM@pisanellibice.com
*Attorneys for Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 7, 2024

**CERTIFICATE OF SERVICE**

I certify that I am an employee of BAILEY❖KENNEDY and that on the 7th day of March, 2024, service of the foregoing was made by mandatory electronic service through the United States District Court's electronic filing system, by email, and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| JAMES J. PISANELLI<br>DEBRA L. SPINELLI<br>M. MAGALI MERCERA<br>**PISANELLI BICE PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, NV  89101 | Email:  JJP@pisanellibice.com<br>DLS@pisanellibice.com<br>MMM@pisanellibice.com<br><br>*Attorneys for Defendant/*<br>*Counterclaimant Paris Las Vegas*<br>*Operating Company, LLC* |

    /s/ Susan Russo
Employee of BAILEY❖KENNEDY