James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

*Attorneys for Paris Las Vegas
Operating Company, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware Limited Liability Company,<br><br>     Plaintiff,<br>vs.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>     Defendant. | CASE NO. 2:17-cv-00346-JCM-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO:**<br><br>**(1) FILE REPLY IN SUPPORT OF PARIS LAS VEGAS OPERATING COMPANY, LLC'S MOTION TO LIFT STAY [ECF NO. 357]; AND**<br><br>**(2) FILE REPLY IN SUPPORT OF COUNTERMOTION TO STAY MATTER PENDING RESOLUTION OF STATE COURT APPELLATE PROCEEDINGS**<br><br>**(FIRST REQUEST)** |
| PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company,<br><br>     Counterclaimant.<br>vs.<br><br>TPOV ENTERPRISES, LLC, a Delaware Limited Liability Company, TPOV ENTERPRISES 16, LLC, a Delaware Limited Liability Company, Rowen Siebel, an individual.<br><br>     Counter-defendants. | |

Pursuant to LR IA 6-1, Plaintiff/Counterdefendant TPOV Enterprises 16, LLC ("TPOV 16"); Counterdefendant TPOV Enterprises, LLC ("TPOV"); Counterdefendant Rowen Seibel ("Seibel") (collectively, the "TPOV Parties"); and Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC ("Paris") (collectively, the "Parties"), by and through their undersigned counsel of record, stipulate and agree as follows:

1. On February 22, 2024, Paris filed a Motion to Lift Stay [ECF No. 357] (the "Motion");

2. On March 21, 2024, the TPOV Parties filed their Response to Paris' Motion and a Countermotion to Stay Matter Pending Resolution of State Court Appellate Proceedings [ECF No. 361] (the "Countermotion");

3. Paris presently has until March 28, 2024, to file its reply in support of the Motion and until April 4, 2024, to file its response to the Countermotion;

4. Given the overlapping issues, the parties have agreed that the deadline to file the reply in support of the Motion shall be extended to April 4, 2024, the same date as the deadline to file the response to the Countermotion;

5. Additionally, in order to accommodate scheduling conflicts for the TPOV Parties' counsel, the deadline for the TPOV Parties to file their reply in support of the Countermotion shall be extended to April 18, 2024;

6. Good cause exists to extend the deadline for the reply in support of the Motion and the reply in support of the Countermotion as set forth above; and

/ / /

7. This is the first request for extending the deadline to file the reply in support of the Motion and the reply in support of the Countermotion and is sought in good faith and not for purposes of delay.

DATED this 28th day of March 2024.

PISANELLI BICE PLLC

By: ___/s/ M. Magali Mercera___
    James J. Pisanelli, Esq., Bar No. 4027
    Debra L. Spinelli, Esq., Bar No. 9695
    M. Magali Mercera, Esq., Bar No. 11742
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Paris Las Vegas Operating Company, LLC*

DATED this 28th day of March 2024.

BAILEY KENNEDY

By: ___/s/ Paul C. Williams___
    John R. Bailey, Esq., Bar No. 0137
    Dennis L. Kennedy, Esq., Bar No. 1462
    Joshua P. Gilmore, Esq., Bar No. 11576
    Paul C. Williams, Esq., Bar No. 12524
    8984 Spanish Ridge Avenue
    Las Vegas, NV  89148-1302

*Attorneys for TPOV Enterprises 16, LLC, TPOV Enterprises, LLC and Rowen Seibel*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED:  April 1, 2024

CASE NO. 2:17-cv-00346-JCM-MDC

3