UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TPOV Enterprises 16, LLC,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Paris Las Vegas Operating Company, LLC.,<br><br>    Defendant(s). | **2:17-cv-00346-JCM-MDC**<br><br>**Order** |

For good cause shown and because the Motion is unopposed, the *Motion to Withdraw as Attorney* (ECF No. 363) IS GRANTED. Attorney Robert A. Ryan of the law firm Knight & Ryan is to be removed as counsel of record for Paris Las Vegas Operating Company, LLC, and removed from CM/ECF service.

DATED this 11th day of April 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge