Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

*Attorneys for Paris Las Vegas Operating Company, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TPOV ENTERPRISES 16, LLC, a Delaware Limited Liability Company, | Case No. 2:17-cv-00346-GMN-MDC |
| Plaintiff, | **STIPULATION AND ORDER REGARDING SUBSTITUTION OF COUNSEL OF RECORD** |
| vs. | |
| PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company, | |
| Defendant. | |
| PARIS LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company, | |
| Counterclaimant. | |
| vs. | |
| TPOV ENTERPRISES, LLC, a Delaware Limited Liability Company, TPOV ENTERPRISES 16, LLC, a Delaware Limited Liability Company, Rowen Siebel, an individual. | |
| Counter-defendants. | |

Under LR IA 11-6(d), notice is hereby given that McDonald Carano LLP is substituted as counsel of record for Defendant/Counterclaimant Paris Las Vegas Operating Company, LLC in the place and stead of Pisanelli Bice PLLC.

///

///

///

DATED this 24th day of June 2026.

Paris Las Vegas Operating Company, LLC

By: ⟨signature⟩

Its: _Deputy General Counsel_

Pisanelli Bice PLLC hereby agrees and consents to the substitution of McDonald Carano LLP as the attorneys of record for Paris Las Vegas Operating Company, LLC in the above-entitled action.

DATED this 24th day of June, 2026.

PISANELLI BICE, PLLC

By: /s/  M. Magali Mercera
James J. Pisanelli (NSBN 4027)
Debra L. Spinelli (NSBN 9695)
M. Magali Mercera (NSBN 11742)
400 South 7th Street, Suite 300
Las Vegas, NV 89101

*Former Attorneys for Defendant/Counterclaimant*
*Paris Las Vegas Operating Company, LLC*

McDonald Carano LLP hereby accepts the substitution as counsel of record for Paris Las Vegas Operating Company, LLC in the above-entitled action.

DATED this 24th day of June, 2026.

McDONALD CARANO LLP

By: /s/   Kristen T. Gallagher
Kristen T. Gallagher (NSBN 9561)
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Attorneys for Defendant/Counterclaimant*
*Paris Las Vegas Operating Company, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 25, 2026

Page 2 of 2